MINNIE F. HIRSCH, Appellant, v. ALEXANDER H. ERICKSON, Respondent.— Order affirmed, with ten dollars costs and disbursements, with

directions to plaintiff as stated in order. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.